```
 1
 2
 3
 4
 5                    UNITED STATES DISTRICT COURT
 6                   EASTERN DISTRICT OF CALIFORNIA
 7  TIEN HONG VO; THONG VO; NGAU THI   )
    NGUYEN; SONIA LUONG,               )   2:06-cv-00072-GEB-EFB
 8                                     )
                Plaintiffs,            )
 9                                     )   RELATED CASE ORDER
            v.                         )
10                                     )
    JAN SCULLY, District Attorney for  )
11  Sacramento County; CYNTHIA G.      )
    BESEMER, Chief Deputy District     )
12  Attorney for Sacramento County;    )
    COUNTY OF SACRAMENTO, a local      )
13  government agency; KAREN MAXWELL,  )
    a Deputy District Attorney for     )
14  Sacramento County; NATALIA LUNA,   )
    a Deputy District Attorney for     )
15  Sacramento County; WILLIAM MOTMANS,)
    an investigator employed by the    )
16  District Attorney for Sacramento   )
    County; JAMES COOPER, a Captain    )
17  of the Sacramento County Sheriff's )
    Department,                        )
18                                     )
                Defendants.            )
19  _____)

20  JOHN NICHOLS, a/k/a/ Jack Nichols, )   2:07-cv-02759-LEW-JFM
                                       )
21              Plaintiff,             )
                                       )
22  COUNTY OF SACRAMENTO; CHERYL       )
    CRESON; STEVEN PEDRETTI; KEITH     )
23  FLOYD; GEORGIA COCHRAN; CARL MOSHER)
    THOR LUDE; HAROLD BIXLER; JOHN     )
24  HALLIMORE,                         )
                                       )
25              Defendants.            )
    _____)
26
27           A Notice of Related Case document was filed in the action
28  designated as 2:06-cv-00072-GEB-EFB, in which Plaintiff asserts the
```

above actions are related because they involve nearly identical witnesses, and should be assigned to the same judges. The actions will be related.

The parties should be aware that relating the cases under Local Rule 83-123 merely results in the actions being assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that action 2:07-cv-02759-LEW-JFM is reassigned to Judge Garland E. Burrell, Jr. And Magistrate Judge Edmund F. Brennan for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB-EFB" instead of the other judges' initials.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 17, 2008

GARLAND E. BURRELL, JR.
United States District Judge