IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN NICHOLS, aka
JACK NICHOLS ,

      Plaintiff,                                No. CIV S-07-2759 GEB EFB

     vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.                         <u>ORDER</u>

_____/

      This matter was before the court on November 19, 2008, for hearing on defendants' motions to compel discovery, specifically: (1) defendant County of Sacramento's motion to compel plaintiff's *further* responses to Special (Contention) Interrogatories, Set One (Interrogatory Nos. 1-5, 7-10, 13, 14, 16); and (2) the motion of the individual defendants to compel *any* responses to their Special (Contention) Interrogatories, Set One. Anthony Palik appeared on behalf of plaintiff. Amanda Butts appeared on behalf of defendants.

      For the reasons set forth on the record, plaintiff has agreed, and this court so ordered, that plaintiff will serve on defendants, on or before December 3, 2008, complete and adequate (1) supplemental responses to the disputed interrogatories propounded by the County, and (2) initial

////

1 | responses to the interrogatories propounded by the individual defendants.  Defendants' motions
2 | to compel discovery, Dckt. Nos. 22, are therefore GRANTED.
3 |     SO ORDERED.
4 | DATED:  November 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE