IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NICHOLS, aka JACK NICHOLS,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF SACRAMENTO, CHERYL CRESON, STEVEN PEDRETTI, KEITH FLOYD, GEORGIA COCHRAN, CARL MOSHER, THOR LUDE, HAROLD BIXLER, and JOHN HALLIMORE,<br><br>            Defendants. | 2:07-cv-02759-GEB-EFB<br><br>ORDER DENYING<br>PLAINTIFF'S MOTION FOR<br>PERMISSION TO APPEAL IN<br>FORMA PAUPERIS |

Plaintiff John Nichols ("Plaintiff") moves for permission to appeal the May 3, 2010 judgment in forma pauperis.

**I. BACKGROUND**

Plaintiff's Complaint alleged four claims arising out of the termination of his employment with the County of Sacramento. The Court granted Defendants' motion for summary judgment, and judgment was entered accordingly on May 3, 2010. Plaintiff is appealing the judgment in pro per.

**II. DISCUSSION**

Pursuant to Federal Rule of Appellate Procedure 24 and 28 U.S.C. § 1915, a party to a district court action may seek leave to proceed in forma pauperis on appeal when they are financially unable to pay the costs associated with the appeal. The requesting party must

1

file a motion in the district court, accompanied by an affidavit that: 1) evidences in detail the party's inability to pay or give security for fees and costs; 2) claims an entitlement to redress; and 3) states the issues the party intends to present on appeal. Fed. R. App. P. 24(a)(1); 28 U.S.C. § 1915(a)(1).

To obtain leave to proceed in forma pauperis, the moving party must show his or her economic eligibility and that the appeal is not frivolous. See Coppedge v. U.S., 369 U.S. 438, 444-445 (1962), citing 28 U.S.C. § 1915(a). A showing of probable success on the merits is not required. The district court need only determine if the appeal involves legal points that are arguable on their merits. Sherman v. Yolo County Chief Prob. Officer, No. 02:06-cv-02415, 2008 WL 5282844, at * 1 (E.D.Cal. Dec. 18, 2008), citing Neitzke v. Williams, 490 U.S. 319, 325 (1989) and Franklin v. Murphy, 745 F.2d 1221, 1225 (9th Cir. 1984).

Here, since Plaintiff's affidavit is not signed or dated, his motion is denied without prejudice.

Dated:  June 4, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge